IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO JOSEPH,**<br><br>Plaintiff,<br><br>v.<br><br>**DOUGLAS C. PETERSON, M.D.,**<br><br>Defendant. | NO. CIV S-03-0818 MCE KJM P<br><br>**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Defendant's second request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that the parties shall have until May 25, 2005 to file motions for summary judgment.

DATED:  May 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME

1