IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO JOSEPH,

    Plaintiff,                    No. CIV S-03-0818 MCE KJM P

    vs.

DOUGLAS C. PETERSON,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On May 25, 2005, defendant filed a motion for summary judgment.  Plaintiff has not filed an opposition.  Plaintiff is hereby directed to file either an opposition, or statement of non-opposition within thirty days of this order.  If plaintiff fails to do so, the court will recommend that this matter will be dismissed for failure to adhere to court orders under Federal Rule of Civil Procedure 41(b).

/////

/////

/////

/////

/////

1

1       Moreover, in light of the pending motion for summary judgment, the dates set for filing pretrial statements, the pretrial conference, and trial are hereby vacated to be reset, if necessary, after the resolution of the motion for summary judgment.

4       IT IS SO ORDERED.

5 DATED: August 5, 2005.

                            UNITED STATES MAGISTRATE JUDGE

jose0818.fosj

2